**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NICHOLAS BRACCIA | : | No. 44 MAL 2022 |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| ARG CA2PSLB001, LLC., FIRST NATIONWIDE TITLE AND VISITEL ENTERPRISES CORP | : | |
| | : | |
| | : | |
| PETITION OF: VISITEL ENTERPRISES CORP | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.